| | |
|---|---|
| **Federal Defenders** | Southern District |
| OF NEW YORK, INC. | 52 Duane Street-10th Floor, New York, NY 10007 |
| | Tel: (212) 417-8700 Fax: (212) 571-0392 |

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 9, 2022

**VIA ECF**
Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Guandique-Aguilar,**
    **22 Cr. 490 (JSR)**

Dear Judge Rakoff:

Following e-mail communications with the Court's chambers, I write to respectfully provide notice of my intent to waive Ernesto Guandique-Aguilar's appearance during today's conference pursuant to Fed. R. Crim. P. 43(b)(3). Because the focus of today's conference is to provide the Court with an update as to the status of plea negotiations and to otherwise set a schedule, I respectfully submit that Mr. Guandique-Aguilar's presence is not required under Rule 43 and that the Court should accept my waiver on his behalf on the record during today's proceedings.

Respectfully Submitted,

Andrew John Dalack, Esq.
Federal Defenders of New York, Inc.

Cc: AUSA Jane Chong

SO ORDERED
/s/ Jed S. Rakoff
U.S.D.J.
11-9-22